No. 85–1384. TURNER ET AL. *v.* SAFLEY ET AL. C. A. 8th Cir. [Certiorari granted, 476 U. S. 1139.] Motions of The Correctional Association of New York, Prisoners' Legal Services of New York, Inc., et al., and Guadalupe Guajardo, Jr., et al. for leave to file briefs as *amici curiae* granted.

No. 85–1589. IOWA MUTUAL INSURANCE CO. *v.* LAPLANTE ET AL. C. A. 9th Cir. [Certiorari granted, 476 U. S. 1139.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–279. BASIC INC. ET AL. *v.* LEVINSON ET AL. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. THE CHIEF JUSTICE took no part in the consideration or decision of this order.

No. 86–569. GRADDICK, ATTORNEY GENERAL OF ALABAMA *v.* HENDERSON ET AL. Appeal from D. C. M. D. Ala. Motion of appellant to expedite consideration of the statement as to jurisdiction denied.

No. 86–5306. WILLIS *v.* LANE, JUDGE, ET AL. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 4, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–5290. IN RE PLUMMER ET UX. C. A. 3d Cir. Petition for writ of common-law certiorari denied.

No. 86–5363. IN RE JOHNSON;
No. 86–5502. IN RE MORROW; and
No. 86–5531. IN RE JACOBS. Petitions for writs of habeas corpus denied.